No. 138. JACK LEWIS, INC. *v.* MAYOR AND CITY COUNCIL OF BALTIMORE ET AL. Jurisdictional statement submitted September 9, 1933. Decided October 9, 1933. *Per Curiam:* The motion to dismiss the appeal herein is granted and the appeal is dismissed for the want of a substantial federal question. *Euclid* v. *Ambler Realty Co.,* 272 U. S. 365, 388; *Cusack Co.* v. *Chicago,* 242 U.S. 526; *Hadacheck* v. *Los Angeles,* 239 U.S. 394; *Reinman* v. *Little Rock,* 237 U.S. 171, 176, 177. *Messrs. W. Frank Every* and *J. Purdon Wright* for appellant. *Messrs. R. E. Lee Marshall* and *Ernest F. Fadum* for appellees.